**SEALED FILED**

AUG 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:17-SW-0725-EFB |
|---|---|
| INFORMATION ASSOCIATED WITH AREED8821@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO HOLDINGS, INC. | SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8-14-2017

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE