PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
DEC 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:17-SW-0725-EFB |
| INFORMATION ASSOCIATED WITH AREED8821@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO HOLDINGS, INC. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the court clerk unseal this matter and associated search warrant materials filed therein.

DATED: 12-19-17

_____
Hon. Deborah L. Barnes
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL REDACTED SEARCH WARRANT MATERIALS

1